**[J-58-2014]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 685 CAP
:
        Appellee : Appeal from the Order of the Philadelphia
: County Court of Common Pleas, Criminal
: Division, at No. CP-51-CR-0500861-1998,
        v. : Dated August 27, 2013
:
:
ANTOINE LIGONS, :
:
        Appellant : SUBMITTED:  June 5, 2014

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of November, 2014, the Order of the Philadelphia County Court of Common Pleas is hereby **AFFIRMED**.

    Mr. Justice Stevens files a concurring statement.